IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ALEJANDRO BELLO,

        Petitioner,               No. CIV S-07-1316 LEW KJM P

    vs.

D.K. SISTO,

        Respondents.        <u>ORDER</u>

_____/

        Petitioner, a state prisoner proceeding pro se, has filed an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. Petitioner has paid the filing fee.

        Since petitioner may be entitled to the requested relief if the claimed violation of constitutional rights is proved, respondents will be directed to file a response to petitioner's application.

        In accordance with the above, IT IS HEREBY ORDERED that:

        1. Respondents are directed to file a response to petitioner's application within sixty days from the date of this order. <u>See</u> Rule 4, Fed. R. Governing § 2254 Cases. An answer shall be accompanied by any and all transcripts or other documents relevant to the determination of the issues presented in the application. <u>See</u> Rule 5, Fed. R. Governing § 2254 Cases;

/////

1

1   2. Petitioner's reply, if any, shall be filed and served within thirty days of service
2 of an answer;
3   3. If the response to petitioner's application is a motion, petitioner's opposition
4 or statement of non-opposition shall be filed and served within thirty days of service of the
5 motion, and respondents' reply, if any, shall be filed within fifteen days thereafter.  Petitioner is
6 advised that failure to oppose a motion "may be deemed a waiver of any opposition to the
7 granting of the motion . . . "  Local Rule 78-230(m);  and
8   4. The Clerk of the Court shall serve a copy of this order together with a copy of
9 petitioner's application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254 on Michael
10 Patrick Farrell, Senior Assistant Attorney General.
11 DATED:  November 16, 2007.

_____
U.S. MAGISTRATE JUDGE

2
bell1316.100